IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SALVADOR ARELLANO-CAMPOS,

   Petitioner,

    v.

WARDEN MARTY ALLEN,

   Respondent.

CIVIL ACTION FILE
NO. 1:11-CV-3911-TWT

ORDER

This is a pro se habeas corpus action by a state prisoner. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending that the Petition be denied and dismissed on the merits. The Petitioner's objections are little more than statements that he disagrees with the conclusions of the Magistrate Judge in the Report and Recommendation. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Georgia Court of Appeals properly rejected Petitioner's claims of insufficiency of evidence and ineffective assistance of counsel. See Arellano-Campos v. State, 307 Ga. App. 561 (2011). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 23 day of July, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge